UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARTHUR D FINCH,

        Plaintiff,

  v.

SHERIFF OF ALAMEDA et al,

        Defendant.

Case Number: CV09-02627 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arthur D. Finch T-47786
Avenal State Prison
350-2-12 up
P.O. Box 900
Avenal, CA 93204

Dated: January 22, 2010

Richard W. Wieking, Clerk

By: Barbara Espinoza, Deputy Clerk